Form 3-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    **FORM 3**

|                                           |                              |
| :---------------------------------------- | :--------------------------- |
| **Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **S U M M O N S**<br>**Court No.** |

**TO:**   The Attorney General, the Department of Commerce, and/or the Commissioner of U.S. Customs and Border Protection, and/or the United States International Trade Commission:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

**/s/ Gina Justice**
Clerk of the Court

1.   Plaintiff Wanhua Chemical (America) Co. Ltd. is a U.S. importer of the subject merchandise. Plaintiff fully participated as an interested party within the meaning of 19 U.S.C. § 1677(9)(A) in the proceeding before the U.S. International Trade Commission that resulted in the contested determination. Plaintiff has standing to commence this action pursuant to 19 U.S.C. § 1516a(d) and 28 U.S.C. § 2631(c).

   (Name and standing of plaintiff)

2.   Plaintiff contests the U.S. International Trade Commission determination as published in M*ethylene Diphenyl Diisocyanate (MDI) from China; Determination*, Inv. No. 731-TA-1733 (Final), USITC Pub. 5737; and the *Methylene Diphenyl Diisocyanate (MDI) From China: Determination,* 91 Fed. Reg. 31,743 (May 28, 2026)

   (Brief description of contested determination)

3.   _____

   (Date of determination)

4.   _____

   (If applicable, date of publication in Federal Register of notice of contested determination)

Name, Firm, Address, Telephone Number and E-mail Address of Plaintiff's Attorney

_____
Signature of Plaintiff's Attorney

_____
Date

**SEE REVERSE SIDE**

Form 3-2

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; Sept. 18, 2018, eff. Oct. 15, 2018; Oct. 1, 2025, eff. Oct. 1, 2025; Oct. 23, 2025, eff. Dec. 1, 2025.)